IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ROY GREEN,                          )
                                    )
            Plaintiff,              )
                                    )
        v.                          )       CIVIL ACTION NO.1:08CV604-SRW
                                    )                (WO)
MICHAEL J. ASTRUE,                  )
Commissioner of Social Security,    )
                                    )
            Defendant.              )

**ORDER**

Plaintiff brought the present action pursuant to 42 U.S.C. § 405(g) seeking judicial

review of a decision by the Commissioner of Social Security denying him benefits under the

Social Security Act.  On February 23, 2009, on the motion of the Commissioner, this court

reversed the decision and remanded the case for further proceedings pursuant to sentence

four of § 405(g).  Plaintiff has filed an application for an award of attorneys fees under the

Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1)(A).  Plaintiff's application

seeks fees in the total amount of $2,338.76.  The Commissioner does not contest the petition

and requests that this court award fees in the amount sought by plaintiff's counsel.  Upon an

independent review of the record, the court concludes that the position of the Commissioner

in this litigation was not substantially justified, and further that the amount of fees sought by

plaintiff's counsel is reasonable.

For the foregoing reasons, it is

ORDERED that the plaintiff's application for attorney fees (Doc. # 20) is GRANTED,

and plaintiff is awarded EAJA fees in the total amount of $2,338.76, payable to "Georgia H. Ludlum, attorney for Roy Green."[1]

Done, this 22nd day of May, 2009.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] See Plaintiff's assignment of EAJA fees, attached to Doc. # 20.